# Exhibit 1

**Deposition of Sarah Y. Vinson, M.D. (Feb. 11, 2022)
(Provisionally filed Under Seal at Doc. 138)**